UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>NABIL SOLIMAN, in individual and representative capacity as co-trustee of the Soliman Trust; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-06800-CBM-(Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) [JS-6]** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. All hearing dates are hereby vacated.

Dated: April 14, 2014

                          HONORABLE CONSUELO B. MARSHAL
                          UNITED STATES DISTRICT COURT JUDGE